# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| Nicholas Navarrette, | |
| Plaintiff(s), | 2:22-cv-00990-CDS-VCF |
| v. | **DISCOVERY PLAN AND SCHEDULING ORDER** |
| State of Nevada, et al., | |
| Defendant(s). | |

Before the court is Plaintiff's motion to commence discovery (ECF NO. 27).

Pursuant to Local Rule 16-1(b), "in actions by or on behalf of inmates under 42 U.S.C. § 1983 ...no discovery plan is required," rather "a scheduling order [is] entered within thirty (30) days after the first defendant answers or otherwise appears." This is an action brought under 42 U.S.C. § 1983. Defendant has filed an answer and a scheduling order has not yet been entered.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's motion to commence discovery (ECF NO. 27) is GRANTED, and the following scheduling deadlines apply:

1. DISCOVERY: Pursuant to LR 16-1(b), discovery in this action shall be completed on or before **March 20, 2024**.

2. Any and all pleadings that may be brought under Fed. R. Civ. P. 13 & 14, or joining additional parties under Fed. R. Civ. P. 19 & 20, shall be filed and served not later than **December 21, 2023**. Any party causing additional parties to be joined or brought into this action shall contemporaneously therewith cause a copy of this Order to be served upon the new party or parties.

3. Amendments to pleadings as provided for under Fed. R. Civ. P. 15, if the same are allowed without leave of court, or motions for leave to amend, shall comply with LR 15-1 and shall be filed and served not later than **December 21, 2023**.

4. Expert disclosures shall be made on or before **January 19, 2024**, and the disclosures of rebuttal experts shall be made on or before **February 18, 2024**.

5. Dispositive Motions shall be filed and served no later than **April 19, 2024**.

6. The Joint Pretrial Order is due by **May 20, 2024**. If dispositive motions are filed, the joint pretrial order is due thirty (30) days from the entry of the court's rulings on the motions or by further order of the court.

7. EXTENSIONS OF DISCOVERY:   Pursuant to LR 26-4, an extension of the discovery deadline will not be allowed without a showing of good cause.  All motions or stipulations to extend discovery shall be received by the Court at least twenty-one (21) days prior to the date fixed for completion of discovery by this Scheduling Order, or at least twenty-one (21) days prior to the expiration of any extension thereof that may have been approved by the Court.  The motion or stipulation shall include:

(a) A statement specifying the discovery completed by the parties of the date of the motion or stipulation;

(b) A specific description of the discovery which remains to be completed;

(c) The reasons why such remaining discovery was not completed within the time limit of the existing discovery deadline; and

(d) A proposed schedule for the completion of all remaining discovery.

DATED this 25th day of September 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE