1  AARON D. FORD
      Attorney General
2  KYLE L. HILL, (Bar No.16094)
      Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-0429 (phone)
   (702) 486-3773 (fax)
6  Email: khill@ag.nv.gov

7  *Attorneys for Defendants*
   *Stacy Barrett, Jesse Brightwell,*
8  *Sonya Carrillo, Charles Daniels,*
   *Benedicto Gutierrez, Calvin Johnson,*
9  *Michael Minev, and David Rivas*

10                   **UNITED STATES DISTRICT COURT**

11                        **DISTRICT OF NEVADA**

12  NICHOLAS NAVARRETTE,                    Case No.  2:22-cv-00990-CDS-MDC

13                     Plaintiffs,

14                                          **STIPULATION AND ORDER TO**
    v.                                      **DISMISS WITH PREJUDICE**
15
    CHARLES DANIELS, et al.,
16
                       Defendants.
17
          IT IS HEREBY STIPULATED by and between Plaintiff, Nicholas Navarrette, and
18
    Defendants, Stacy Barrett, Jesse Brightwell, Sonya Carrillo, Charles Daniels, Benedicto
19
    Gutierrez, Calvin Johnson, Michael Minev, and David Rivas, by and through counsel,
20
    Aaron D. Ford, Attorney General for the State of Nevada, and Kyle L. Hill, Deputy Attorney
21
    General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above
22
    captioned action be dismissed with prejudice, with each party bearing their own attorney's
23
    fees and costs.
24
    / / /
25
    / / /
26
    / / /
27
    / / /
28

1    The Parties have resolved this matter in its entirety and agree that the Court may

2  accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

3

4  DATED this 22nd day of May, 2024.          DATED this 22nd day of May, 2024

5                                             AARON D. FORD
                                             Attorney General
6

7  By: *Nicholas N...*                        By: *Isl Kyle L. Hill*
   NICHOLAS NAVARRETTE                         KYLE L. HILL (Bar No. 16094)
8  Plaintiff                                   Deputy Attorney General
                                             *Attorneys for Defendant*
9

10

11

12                              **ORDER**

13        **IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the

14  Clerk is directed to close the case.

15                                      DATED _____ May 23 _____, 2024.

16

17        _____

18                                      UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28